DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**T.H.C.**, a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3223

[February 24, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos S. Rebollo, Judge; L.T. Case No. 15-000676 DLA.

Carey Haughwout, Public Defender, and Tom Wm. Odom, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm the finding of guilt, the withholding of adjudication of delinquency, and the placement of the child on probation, but remand for the trial court to correct the delinquency disposition order to reflect all of the required information. *See* Fla. R. Juv. P. 8.115(d); *T.J. v. State,* 174 So. 3d 1070 (Fla. 4th DCA 2015); *A.M.R. v. State,* 134 So. 3d 502, 503 (Fla. 4th DCA 2014); *D.B. v. State,* 114 So. 3d 1121 (Fla. 2d DCA 2013).

*Affirmed, but remanded.*

CIKLIN, C.J., GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] *Anders v. California,* 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).